**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IVAL LITTLE, Individually, and as Personal Representative of the Estate of CHERYL LITTLE,** | * * | |
| **Plaintiff,** | * | **Civil Action No. 24-1217 (CJN)** |
| **v.** | * | **Honorable Judge Carl J. Nichols** |
| **WASHINGTON HOSPITAL CENTER CORPORATION t/a MEDSTAR WASHINGTON HOSPITAL CENTER, et al.,** | * * | |
| **Defendants.** | * | |

* * * * * * * *

**NOTICE TO ENTER APPEARANCE**

TO THE CLERK:

Please enter the appearance of Alan S. Block, Esquire of the law office of KIERNAN TREBACH LLP for Defendants HOWARD UNIVERSITY HOSPITAL CORPORATION, *et al.*, AND HOWARD UNIVERSITY.

Date: May 2, 2024

Respectfully submitted,

**KIERNAN TREBACH LLP**

*/s/ Alan S. Block*______________________________

Alan S. Block, Esq. #431010
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036
ablock@kiernantrebach.com
Telephone: (202) 712-7000
Facsimile: (202) 712-4334
*Counsel for Defendants Howard University Hospital Corporation, et al. and Howard University*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May, 2024, the Notice to Enter Appearance of Alan S. Block was filed and served via CM/ECF.

*/s/ Alan S. Block*_____________________
Alan S. Block